# EXHIBIT
# D

**(S&D)**  **EXECUTION COPY**

---

THIRD AMENDED AND RESTATED MORTGAGE LOAN
PURCHASE AND WARRANTIES AGREEMENT

---

MORGAN STANLEY MORTGAGE CAPITAL INC.,

Purchaser

FREMONT INVESTMENT & LOAN,

Seller

---

Dated as of December 18, 2006

Conventional,
Fixed and Adjustable Rate, Residential Mortgage Loans

---

USActive 6198171.6

TABLE OF CONTENTS

**Page**

| | | |
|---|---|---|
| SECTION 1. | DEFINITIONS. | 1 |
| SECTION 2. | AGREEMENT TO PURCHASE. | 12 |
| SECTION 3. | MORTGAGE SCHEDULES. | 12 |
| SECTION 4. | PURCHASE PRICE. | 13 |
| SECTION 5. | EXAMINATION OF MORTGAGE FILES. | 13 |
| SECTION 6. | CONVEYANCE FROM SELLER TO PURCHASER. | 14 |
| Subsection 6.01 | Conveyance of Mortgage Loans; Possession of Servicing Files. | 14 |
| Subsection 6.02 | Books and Records. | 14 |
| Subsection 6.03 | Delivery of Mortgage Loan Documents. | 15 |
| Subsection 6.04 | Quality Control Procedures. | 16 |
| Subsection 6.05 | MERS Designated Mortgage Loans. | 16 |
| SECTION 7. | SERVICING OF THE MORTGAGE LOANS. | 16 |
| SECTION 8. | TRANSFER OF SERVICING. | 16 |
| SECTION 9. | REPRESENTATIONS, WARRANTIES AND COVENANTS OF THE SELLER; REMEDIES FOR BREACH. | 19 |
| Subsection 9.01 | Representations and Warranties Regarding the Seller. | 19 |
| Subsection 9.02 | Representations and Warranties Regarding Performing Loans. | 22 |
| Subsection 9.03 | Remedies for Breach of Performing Loan Representations and Warranties. | 35 |
| Subsection 9.04 | Representations and Warranties Regarding Sub and Non Loans. | 36 |
| Subsection 9.05 | Remedies for Breach of Sub and Non Loan Representations and Warranties. | 45 |
| Subsection 9.06 | Repurchase of Certain Mortgage Loans That Prepay in Full. | 47 |
| SECTION 10. | CLOSING. | 47 |

| | | |
|---|---|---|
| SECTION 11. | CLOSING DOCUMENTS. | 48 |
| SECTION 12. | COSTS. | 49 |
| SECTION 13. | COOPERATION OF SELLER WITH A RECONSTITUTION. | 49 |
| SECTION 14. | THE SELLER. | 50 |
| Subsection 14.01 | Additional Indemnification by the Seller; Third Party Claims | 50 |
| Subsection 14.02 | Merger or Consolidation of the Seller. | 51 |
| SECTION 15. | FINANCIAL STATEMENTS. | 52 |
| SECTION 16. | MANDATORY DELIVERY; GRANT OF SECURITY INTEREST. | 52 |
| SECTION 17. | NOTICES. | 52 |
| SECTION 18. | SEVERABILITY CLAUSE. | 53 |
| SECTION 19. | COUNTERPARTS. | 54 |
| SECTION 20. | GOVERNING LAW. | 54 |
| SECTION 21. | INTENTION OF THE PARTIES. | 54 |
| SECTION 22. | SUCCESSORS AND ASSIGNS; ASSIGNMENT OF PURCHASE AGREEMENT. | 54 |
| SECTION 23. | WAIVERS. | 54 |
| SECTION 24. | EXHIBITS. | 55 |
| SECTION 25. | GENERAL INTERPRETIVE PRINCIPLES. | 55 |
| SECTION 26. | REPRODUCTION OF DOCUMENTS. | 55 |
| SECTION 27. | FURTHER AGREEMENTS. | 56 |
| SECTION 28. | RECORDATION OF ASSIGNMENTS OF MORTGAGE. | 56 |
| SECTION 29. | NO SOLICITATION. | 56 |
| SECTION 30. | WAIVER OF TRIAL BY JURY. | 56 |
| SECTION 31. | SUBMISSION TO JURISDICTION; WAIVERS. | 56 |

## EXHIBITS

EXHIBIT A    CONTENTS OF EACH MORTGAGE FILE

EXHIBIT B    [RESERVED]

EXHIBIT C    FORM OF SELLER'S OFFICER'S CERTIFICATE

EXHIBIT D    FORM OF OPINION OF COUNSEL TO THE SELLER

EXHIBIT E    FORM OF SECURITY RELEASE CERTIFICATION

EXHIBIT F    FORM OF SECURITY RELEASE CERTIFICATION

EXHIBIT G    FORM OF ASSIGNMENT AND CONVEYANCE

# THIRD AMENDED AND RESTATED MORTGAGE LOAN PURCHASE AND WARRANTIES AGREEMENT

This THIRD AMENDED AND RESTATED MORTGAGE LOAN PURCHASE AND WARRANTIES AGREEMENT (the "Agreement"), dated as of December 18, 2006, by and between Morgan Stanley Mortgage Capital Inc., a New York corporation, having an office at 1585 Broadway, 2nd Floor, New York, New York 10036 (the "Purchaser"), and Fremont Investment & Loan, a California industrial bank, having an office at 2727 East Imperial Highway, Brea, California 92821 (the "Seller").

## WITNESSETH:

WHEREAS, the Purchaser and the Seller are parties to that certain Second Amended and Restated Mortgage Loan Purchase and Warranties Agreement, dated as of August 1, 2006 (the "Original Purchase Agreement"), pursuant to which the Seller may sell, from time to time, to the Purchaser, and the Purchaser may purchase, from time to time, from the Seller, certain performing first lien residential mortgage loans (the "Performing First Lien Loans"), certain performing second lien residential mortgage loans (the "Performing Second Lien Loans", and together with the Performing First Lien Loans, the "Performing Loans"), certain sub-performing first lien residential mortgage loans (the "Sub-Performing First Lien Loans"), certain sub-performing second lien residential mortgage loans (the "Sub-Performing Second Lien Loans"), certain non-performing first lien residential mortgage loans (the "Non-Performing First Lien Loans") and certain non-performing second lien residential mortgage loans (the "Non-Performing Second Lien Loans", and collectively with the Sub-Performing First Lien Loans, the Sub-Performing Second Lien Loans and the Non-Performing First Lien Loans, the "Sub and Non Loans", and collectively with the Performing Loans, the "Mortgage Loans") on a servicing released basis as described therein, and which shall be delivered in pools of whole loans (each, a "Mortgage Loan Package") on various dates as provided therein (each, a "Closing Date");

WHEREAS, at the present time, the Purchaser and the Seller desire to amend the Original Purchase Agreement to make certain modifications as set forth herein, and upon the execution and delivery of this Agreement by the Purchaser and the Seller this Agreement shall supersede the Original Purchase Agreement and supplant the Original Purchase Agreement;

NOW, THEREFORE, in consideration of the premises and mutual agreements set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Purchaser and the Seller agree as follows:

SECTION 1. Definitions.

For purposes of this Agreement the following capitalized terms shall have the respective meanings set forth below.

Accepted Servicing Practices: With respect to any Mortgage Loan those mortgage servicing practices of prudent mortgage lending institutions which service mortgage

-1-

USActive 6198171.6

loans of the same type as such Mortgage Loan in the jurisdiction where the related Mortgaged Property is located and incorporating the Delinquency Collection Policies and Procedures.

Act: The National Housing Act, as amended from time to time.

Adjustable Rate Mortgage Loan: An adjustable rate Mortgage Loan purchased pursuant to this Agreement.

Affiliate: With respect to any specified Person, any other Person controlling or controlled by or under common control with such specified Person. For the purposes of this definition, "control" when used with respect to any specified Person means the power to direct the management and policies of such Person, directly or indirectly, whether through the ownership of voting securities, by contract or otherwise and the terms "controlling" and "controlled" have meanings correlative to the foregoing.

Agreement: This Third Amended and Restated Mortgage Loan Purchase and Warranties Agreement, and all amendments hereof and supplements hereto.

ALTA: The American Land Title Association or any successor thereto.

Appraised Value: The value of the related Mortgaged Property based upon the appraisal made in connection with the origination of the related Mortgage Loan or the sales price of the related Mortgaged Property at such time of origination, whichever is less.

Assignment and Conveyance: As defined in Subsection 6.01.

Assignment of Mortgage: An assignment of the Mortgage, notice of transfer or equivalent instrument in recordable form, sufficient under the laws of the jurisdiction wherein the related Mortgaged Property is located to reflect the sale of the Mortgage to the Purchaser.

Balloon Mortgage Loan: Any Mortgage Loan (a) that requires only payments of interest until the stated maturity date of the Mortgage Loan or (b) for which Monthly Payments of principal (not including the payment due on its stated maturity date) are based on an amortization schedule that would be insufficient to fully amortize the principal thereof by the stated maturity date of the Mortgage Loan.

Business Day: Any day other than (i) a Saturday or Sunday, or (ii) a day on which banking and savings and loan institutions in (a) the State of New York, (b) the state in which the Seller's servicing operations are located or (c) the state in which the Custodian's operations are located, are authorized or obligated by law or executive order to be closed.

Certification: A final certification as to each Mortgage Loan, which Certification is delivered to the Purchaser by the Custodian in the form annexed to the Custodial Agreement.

Closing Date: The date or dates on which the Purchaser from time to time shall purchase and the Seller from time to time shall sell, the Mortgage Loans listed on the related Mortgage Loan Schedule with respect to the related Mortgage Loan Package. The Closing Dates

for each Mortgage Loan Package shall be as respectively set forth on the related Mortgage Loan Schedule.

CLTV: As of any date and as to any Second Lien Loan, the ratio, expressed as a percentage, of the (a) sum of (i) the outstanding principal balance of the Second Lien Loan and (ii) the outstanding principal balance as of such date of any mortgage loan or mortgage loans that are senior or equal in priority to the Second Lien Loan and which are secured by the same Mortgaged Property to (b) the Appraised Value as determined pursuant to the Underwriting Guidelines of the related Mortgaged Property as of the origination of the Second Lien Loan.

Code: Internal Revenue Code of 1986, as amended.

Condemnation Proceeds: All awards or settlements in respect of a Mortgaged Property, whether permanent or temporary, partial or entire, by exercise of the power of eminent domain or condemnation, to the extent not required to be released to a Mortgagor in accordance with the terms of the related Mortgage Loan Documents.

Convertible Mortgage Loan: Any individual Adjustable Rate Mortgage Loan purchased pursuant to this Agreement which contains a provision whereby the Mortgagor is permitted to convert the Adjustable Rate Mortgage Loan to a Fixed Rate Mortgage Loan in accordance with the terms of the related Mortgage Note.

Custodial Agreement: The Custodial Agreement, dated as of February 1, 2003, between the Purchaser and the Custodian, which governs the retention of the originals of each Mortgage Note, Mortgage, Assignment of Mortgage and other Mortgage Loan Documents.

Custodian: Deutsche Bank Trust Company Americas, or its successor in interest or permitted assigns, or any successor to the Custodian under the Custodial Agreement as therein provided.

Cut-off Date: The first day of the month in which the related Closing Date occurs.

Deleted Mortgage Loan: A Mortgage Loan that is repurchased by the Seller in accordance with the terms of Subsection 9.03 herein.

Due Date: The day of the month on which the Monthly Payment is due on a Mortgage Loan, exclusive of any days of grace.

Due Period: With respect to each Remittance Date and any Mortgage Loan, the period commencing on the day immediately succeeding the Due Date for such Mortgage Loan occurring in the month preceding the month of the Remittance Date and ending on the next Due Date.

Escrow Payments: With respect to any Mortgage Loan, the amounts constituting ground rents, taxes, assessments, water rates, sewer rents, municipal charges, mortgage insurance premiums, fire and hazard insurance premiums, condominium charges, and any other payments

required to be escrowed by the Mortgagor with the mortgagee pursuant to the Mortgage or any other document.

Fannie Mae: The Federal National Mortgage Association, or any successor thereto.

Fannie Mae Guides: The Fannie Mae Sellers' Guide and the Fannie Mae Servicers' Guide and all amendments or additions thereto.

FDIC: The Federal Deposit Insurance Corporation, or any successor thereto.

FHA: The Federal Housing Administration, an agency within the United States Department of Housing and Urban Development, or any successor thereto and including the Federal Housing Commissioner and the Secretary of Housing and Urban Development where appropriate under the FHA Regulations.

FHA Approved Mortgagee: A corporation or institution approved as a mortgagee by the FHA under the Act, and applicable HUD regulations, and eligible to own and service mortgage loans such as the FHA mortgage loans.

First Lien Loan: A Mortgage Loan secured by a first lien Mortgage on the related Mortgaged Property.

Fitch: Fitch, Inc., or its successor in interest.

Fixed Rate Mortgage Loan: A fixed rate mortgage loan purchased pursuant to this Agreement.

Freddie Mac: The Federal Home Loan Mortgage Corporation, or any successor thereto.

Gross Margin: With respect to each Adjustable Rate Mortgage Loan, the fixed percentage amount set forth in the related Mortgage Note which amount is added to the Index in accordance with the terms of the related Mortgage Note to determine on each Interest Rate Adjustment Date the Mortgage Interest Rate for such Mortgage Loan.

High Cost Loan: A Mortgage Loan (a) covered by the Home Ownership and Equity Protection Act of 1994 ("HOEPA"), with an "annual percentage rate" or total "points and fees" payable by the related Mortgagor (as each such term is calculated under HOEPA) that exceed the thresholds set forth by HOEPA and its implementing regulations, including 12 C.F.R. § 226.32(a)(1)(i) and (ii), (b) classified as a "high cost home," "threshold," "covered," (excluding New Jersey "Covered Home Loans" as that term was defined in clause (1) of the definition of that term in the New Jersey Home Ownership Security Act of 2002 that were originated between November 26, 2003 and July 7, 2004), "high risk home," "predatory" or similar loan under any other applicable state, federal or local law (or a similarly classified loan using different terminology under a law imposing heightened regulatory scrutiny or additional legal liability for residential mortgage loans having high interest rates, points and/or fees) or (c) categorized as High Cost pursuant to Appendix E of Standard & Poor's Glossary. For avoidance

-4-

of doubt, the parties agree that this definition shall apply to any law regardless of whether such law is presently, or in the future becomes, the subject of judicial review or litigation.

<u>Home Loan</u>: A Mortgage Loan categorized as Home Loan pursuant to Appendix E of Standard & Poor's Glossary.

<u>HUD</u>: The Department of Housing and Urban Development, or any federal agency or official thereof which may from time to time succeed to the functions thereof with regard to FHA Mortgage Insurance. The term "<u>HUD</u>," for purposes of this Agreement, is also deemed to include subdivisions thereof such as the FHA and Government National Mortgage Association.

<u>Index</u>: With respect to each Adjustable Rate Mortgage Loan, a rate per annum set forth on the related Mortgage Loan Schedule.

<u>Insurance Proceeds</u>: With respect to each Mortgage Loan, proceeds of insurance policies insuring the Mortgage Loan or the related Mortgaged Property.

<u>Interest Rate Adjustment Date</u>: With respect to each Adjustable Rate Mortgage Loan, the date, specified in the related Mortgage Note and the related Mortgage Loan Schedule, on which the Mortgage Interest Rate is adjusted.

<u>Interim Funder</u>: With respect to each MERS Designated Mortgage Loan, the Person named on the MERS System as the interim funder pursuant to the MERS Procedures Manual.

<u>Investor</u>: With respect to each MERS Designated Mortgage Loan, the Person named on the MERS System as the investor pursuant to the MERS Procedures Manual.

<u>Lifetime Rate Cap</u>: The provision of each Mortgage Note related to an Adjustable Rate Mortgage Loan which provides for an absolute maximum Mortgage Interest Rate thereunder. The Mortgage Interest Rate during the terms of each Adjustable Rate Mortgage Loan shall not at any time exceed the Mortgage Interest Rate at the time of origination of such Adjustable Rate Mortgage Loan by more than the amount per annum set forth on the related Mortgage Loan Schedule.

<u>Liquidation Proceeds</u>: Cash received in connection with the liquidation of a defaulted Mortgage Loan, whether through the sale or assignment of such Mortgage Loan, trustee's sale, foreclosure sale or otherwise or the sale of the related Mortgaged Property if the Mortgaged Property is acquired in satisfaction of the Mortgage Loan.

<u>Loan-to-Value Ratio</u> or <u>LTV</u>: With respect to any Mortgage Loan, the ratio (expressed as a percentage) of the outstanding principal amount of the Mortgage Loan as of the Cut-off Date (unless otherwise indicated), to the lesser of (a) the Appraised Value of the Mortgaged Property at origination and (b) if the Mortgage Loan was made to finance the acquisition of the related Mortgaged Property, the purchase price of the Mortgaged Property.

<u>MERS</u>: Mortgage Electronic Registration Systems, Inc., a Delaware corporation, and its successors in interest.

<u>MERS Designated Mortgage Loan</u>: Mortgage Loans for which (a) the Seller has designated or will designate MERS as, and has taken or will take such action as is necessary to cause MERS to be, the mortgagee of record, as nominee for the Seller, in accordance with the MERS Procedures Manual and (b) the Seller has designated or will designate the Purchaser as the Investor on the MERS System.

<u>MERS Identification Number</u>: The eighteen digit number permanently assigned to each MERS Designated Mortgage Loan.

<u>MERS Procedures Manual</u>: The MERS Procedures Manual, as it may be amended, supplemented or otherwise modified from time to time.

<u>MERS Report</u>: The report from the MERS System listing MERS Designated Mortgage Loans and other information.

<u>MERS System</u>: MERS mortgage electronic registry system, as more particularly described in the MERS Procedures Manual.

<u>Monthly Payment</u>: The scheduled monthly payment of principal and interest on a Mortgage Loan.

<u>Moody's</u>: Moody's Investors Service, Inc., and any successor thereto.

<u>Mortgage</u>: The mortgage, deed of trust or other instrument securing a Mortgage Note, which creates a first lien in the case of a First Lien Loan, or a second lien, in the case of a Second Lien Loan, on the Mortgaged Property on an unsubordinated estate in fee simple in real property securing the Mortgage Note; except that with respect to real property located in jurisdictions in which the use of leasehold estates for residential properties is a widely-accepted practice, the mortgage, deed of trust or other instrument securing the Mortgage Note may secure and create a first lien upon a leasehold estate of the Mortgagor.

<u>Mortgage File</u>: The items pertaining to a particular Mortgage Loan referred to in <u>Exhibit A</u> annexed hereto, and any additional documents required to be added to the Mortgage File pursuant to this Agreement.

<u>Mortgage Interest Rate</u>: The annual rate of interest borne on a Mortgage Note with respect to each Mortgage Loan.

<u>Mortgage Interest Rate Cap</u>: With respect to an Adjustable Rate Mortgage Loan, the limit on each Mortgage Interest Rate adjustment as set forth in the related Mortgage Note.

<u>Mortgage Loan</u>: An individual Mortgage Loan which is the subject of this Agreement, each Mortgage Loan originally sold and subject to this Agreement being identified on the applicable Mortgage Loan Schedule, which Mortgage Loan includes without limitation the Mortgage File, the Monthly Payments, Principal Prepayments, Liquidation Proceeds,

Condemnation Proceeds, Insurance Proceeds, Servicing Rights and all other rights, benefits, proceeds and obligations arising from or in connection with such Mortgage Loan, excluding replaced or repurchased mortgage loans, as further described in the Recitals hereto.

Mortgage Loan Documents: The documents required to be delivered to the Custodian pursuant to Section 6.03 hereof with respect to any Mortgage Loan.

Mortgage Loan Package: Each pool of Mortgage Loans, which shall be purchased by the Purchaser from the Seller from time to time on each Closing Date.

Mortgage Loan Schedule: The schedule of Mortgage Loans setting forth the following information with respect to each Mortgage Loan in the related Mortgage Loan Package: (1) the Seller's Mortgage Loan identifying number; (2) the Mortgagor's name; (3) the street address of the Mortgaged Property including the city, state and zip code; (4) a code indicating whether the Mortgagor is self-employed; (5) a code indicating whether the Mortgaged Property is owner-occupied; (6) the number and type of residential units constituting the Mortgaged Property; (7) the original months to maturity or the remaining months to maturity from the related Cut-off Date, in any case based on the original amortization schedule and, if different, the maturity expressed in the same manner but based on the actual amortization schedule; (8) with respect to each First Lien Loan, the Loan-to-Value Ratio at origination and with respect to each Second Lien Loan, the CLTV at origination; (9) the Mortgage Interest Rate as of the related Cut-off Date; (10) the date on which the Monthly Payment was due on the Mortgage Loan and, if such date is not consistent with the Due Date currently in effect, such Due Date; (11) the stated maturity date; (12) the first payment date; (13) the amount of the Monthly Payment as of the related Cut-off Date; (14) the last payment date on which a payment was actually applied to the outstanding principal balance; (15) the original principal amount of the Mortgage Loan; (16) the principal balance of the Mortgage Loan as of the close of business on the related Cut-off Date, after deduction of payments of principal due and collected on or before the related Cut-off Date; (17) delinquency status as of the related Cut-off Date; (18) with respect to each Adjustable Rate Mortgage Loan, the Interest Rate Adjustment Date; (19) with respect to each Adjustable Rate Mortgage Loan, the Gross Margin; (20) with respect to each Adjustable Rate Mortgage Loan, the Lifetime Rate Cap under the terms of the Mortgage Note; (21) with respect to each Adjustable Rate Mortgage Loan, a code indicating the type of Index; (22) the type of Mortgage Loan (i.e., Fixed or Adjustable Rate Mortgage Loan, First or Second Lien Loan); (24) a code indicating the purpose of the loan (i.e., purchase, rate and term refinance, equity take-out refinance); (25) a code indicating the documentation style (i.e., full, alternative or reduced); (26) the loan credit classification (as described in the Underwriting Guidelines); (27) whether such Mortgage Loan provides for a Prepayment Penalty and, if applicable, the Prepayment Penalty period; (28) a description of the Prepayment Penalty, if applicable; (29) the Mortgage Interest Rate as of origination; (30) the credit risk score (FICO score); (31) the date of origination; (32) with respect to Adjustable Rate Mortgage Loans, the Mortgage Interest Rate adjustment period; (33) with respect to each Adjustable Rate Mortgage Loan, the Mortgage Interest Rate adjustment percentage; (34) with respect to each Adjustable Rate Mortgage Loan, the Mortgage Interest Rate floor; (30) with respect to each Adjustable Rate Mortgage Loan, the Mortgage Interest Rate cap as of the first Interest Rate Adjustment Date; (36) with respect to each Adjustable Rate Mortgage Loan, the Periodic Rate Cap subsequent to the first Interest Rate Adjustment Date; (37) the Due Date for the first Monthly Payment; (38) the original Monthly

-7-

USActive 6198171.6

Payment due; (39) Appraised Value; (40) appraisal date; (41) with respect to the related Mortgagor, the debt-to-income ratio; and (42) the MERS Identification Number, if applicable.

Mortgage Note: The note or other evidence of the indebtedness of a Mortgagor secured by a Mortgage.

Mortgaged Property: With respect to each Mortgage Loan, the real property (or leasehold estate, if applicable) securing repayment of the debt evidenced by the related Mortgage Note.

Mortgagor: The obligor on a Mortgage Note.

Non-Performing First Lien Loans: Certain non-performing First Lien Loans, as identified in the related Assignment and Conveyance, which, if applicable, are the subject of this Agreement.

Non-Performing Second Lien Loans: Certain non-performing Second Lien Loans, as identified in the related Assignment and Conveyance, which, if applicable, are the subject of this Agreement.

Nonrecoverable Advance: Any advance previously made or proposed to be made in respect of a Mortgage Loan which, in the good faith judgment of the Seller, will not or, in the case of a proposed advance, would not, be ultimately recoverable from related Insurance Proceeds, Liquidation Proceeds or otherwise. The determination by the Seller that it has made a Nonrecoverable Advance or that any proposed advance of principal and interest, if made, would constitute a Nonrecoverable Advance, shall be evidenced by an Officers' Certificate delivered to the Purchaser.

OCC: Office of the Comptroller of the Currency, and any successor thereto.

Officer's Certificate: A certificate signed by the Chairman of the Board or the Vice Chairman of the Board or a President or a Vice President and by the Treasurer or the Secretary or one of the Assistant Treasurers or Assistant Secretaries of the Seller, and delivered to the Purchaser as required by this Agreement.

Opinion of Counsel: A written opinion of counsel, who may be counsel for the Seller, reasonably acceptable to the Purchaser, provided that any Opinion of Counsel relating to (a) the qualification of any account required to be maintained pursuant to this Agreement as an Eligible Account, (b) qualification of the Mortgage Loans in a REMIC or (c) compliance with the REMIC Provisions, must be (unless otherwise stated in such Opinion of Counsel) an opinion of counsel who (i) is in fact independent of the Seller and any master servicer of the Mortgage Loans, (ii) does not have any material direct or indirect financial interest in the Seller or any master servicer of the Mortgage Loans or in an Affiliate of either and (iii) is not connected with the Seller or any master servicer of the Mortgage Loans as an officer, employee, director or person performing similar functions.

OTS: Office of Thrift Supervision, and any successor thereto.