# EXHIBIT E

**EXECUTION COPY**

As of December 21, 2006

Morgan Stanley Mortgage Capital Inc.
1585 Broadway, 2nd Floor
New York, New York 10036
<u>Attention</u>: Mr. Eric Kaplan

      Re:    Certain Mortgage Loans (the "<u>Mortgage Loans</u>") purchased by Morgan Stanley Mortgage Capital Inc. (the "<u>Purchaser</u>") from Fremont Investment & Loan (the "<u>Seller</u>")

Ladies and Gentlemen:

      In connection with the above-referenced Mortgage Loans, and in consideration of the mutual agreements hereinafter set forth, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Purchaser and the Seller hereby agree as follows:

1. The Mortgage Loans are being sold by the Seller to the Purchaser on the date hereof (the "<u>Closing Date</u>") pursuant to the Third Amended and Restated Mortgage Loan Purchase and Warranties Agreement, dated as of December 18, 2006 (the "<u>Purchase Agreement</u>"), between the Seller and the Purchaser. Capitalized terms used herein and not otherwise defined shall have the meaning ascribed thereto in the Purchase Agreement.

2. Notwithstanding the provisions of the Purchase Agreement, with respect to each Mortgage Loan listed on <u>Exhibit A</u> (each, an "<u>Affected Loan</u>") the Seller either (i) requested or will request the related Mortgagor to obtain adequate hazard insurance coverage or (ii) has force-placed or will force-place adequate hazard insurance coverage. The Seller hereby represents that any such coverage, whether obtained by the Mortgagor or force-placed by the Seller, will satisfy the policy criteria set forth in Subsection 9.02(f) of the Purchase Agreement and be effective from the time of any lapse of such insurance (or cover any period of underinsurance, as applicable) and be in full force and effect as of the Closing Date.

3. The Seller will be liable for all losses and other amounts otherwise payable under a standard hazard insurance policy that meets the criteria set forth in Subsection 9.02(f) of the Purchase Agreement (or, if applicable, the difference between such coverage and the amount actually covered if the amount actually covered is less) for any Affected Mortgage Loan where there is either no hazard insurance or

USActive 6610370.2

insufficient hazard insurance, up to the date upon which servicing of the Affected Mortgage Loan is transferred to a Successor Servicer.

4. The Seller shall be liable for the cost of force-placing a new hazard insurance policy or the coverage of any underinsurance. All such costs will be considered Servicing Advances for which the Seller will be entitled to reimbursement pursuant to the Interim Servicing Agreement.

5. The Seller hereby agrees that, as promptly as practicable, it shall provide the Purchaser or cause the Purchaser to be provided with evidence reasonably satisfactory to the Purchaser that the actions described herein have been taken and the deficiencies with respect to the Affected Mortgage Loan have been cured. Notwithstanding anything contained in the Purchase Agreement to the contrary, in the event that the Seller fails to cure any such deficiency with respect to any Affected Mortgage Loan sold to the Purchaser by the Seller, the provisions of Subsections 9.02 or 9.04 of the Purchase Agreement, as applicable, shall apply to the repurchase of such Affected Mortgage Loan.

6. Notwithstanding anything set forth in Section 4 above to the contrary, the Purchaser may withhold its request to direct the Seller to repurchase any Affected Mortgage Loan that is not cured pursuant to the terms of the Purchase Agreement. In such case, in the event the Successor Servicer is directed to obtain a new hazard insurance policy, the Seller shall remain liable under the terms of this letter agreement as described herein for any applicable lack of coverage or underinsurance with respect to any Affected Mortgage Loan.

7. This letter agreement shall survive the Closing Date with respect to any Affected Mortgage Loan and shall not merge into the closing documents but instead shall be independently enforceable by the Purchaser.

8. This letter agreement may be executed simultaneously in any number of counterparts. Each counterpart shall be deemed to be an original, and all such counterparts shall constitute one and the same instrument.

9. In the event that any provision of this letter agreement conflicts with any provision of the Purchase Agreement or the Servicing Agreement, the terms of this letter agreement shall control.

10. **This letter agreement shall be construed in accordance with the laws of the State of New York, and the obligations, rights and remedies of the parties hereunder shall be determined in accordance with the laws of the State of New York except to the extent preempted by federal law.**

[SIGNATURES COMMENCE ON FOLLOWING PAGE]

Very truly yours,

FREMONT INVESTMENT & LOAN

By: /s/ David S. Wells

Name: DAVID S. WELLS

Title: SENIOR VICE PRESIDENT

Accepted and Agreed:

MORGAN STANLEY MORTGAGE
CAPITAL INC.

By: _____

Name: _____

Title: _____

USActive 6610370.2

Very truly yours,

FREMONT INVESTMENT & LOAN

By: _____

Name: _____

Title: _____

Accepted and Agreed:

MORGAN STANLEY MORTGAGE
CAPITAL INC.

By: _*[signature]*_____

Name: _*Eric Kaplan*_____

Title: _*Executive Director*_____

USActive 6610370.2

# EXHIBIT
# F

| Loan Id | Date Purchased | Notice Date |
|---|---|---|
| 6000154820 | 8/30/2005 | 9/18/2006 |
| 5000157269 | 8/30/2005 | 9/18/2006 |
| 6000159783 | 8/30/2005 | 9/18/2006 |
| 6000148718 | 8/30/2005 | 9/18/2006 |
| 6000154542 | 8/30/2005 | 9/18/2006 |
| 1000252659 | 8/30/2005 | 9/18/2006 |
| 6000000530 | 8/30/2005 | 9/18/2006 |
| 6000161146 | 8/30/2005 | 9/18/2006 |
| 6000150805 | 8/30/2005 | 9/18/2006 |
| 5000142563 | 8/30/2005 | 9/18/2006 |
| 5000147117 | 8/30/2005 | 9/18/2006 |
| 6000159761 | 8/30/2005 | 9/18/2006 |
| 6000161143 | 8/30/2005 | 9/18/2006 |
| 5000158186 | 8/30/2005 | 9/18/2006 |
| 6000161588 | 8/30/2005 | 9/18/2006 |
| 6000161704 | 8/30/2005 | 9/29/2006 |
| 6000163154 | 8/30/2005 | 9/29/2006 |
| 7000152413 | 8/30/2005 | 9/29/2006 |
| 8000046782 | 8/30/2005 | 9/29/2006 |
| 8000051598 | 8/30/2005 | 9/29/2006 |
| 1000251938 | 8/30/2005 | 9/29/2006 |
| 5000155232 | 8/30/2005 | 9/29/2006 |
| 5000158922 | 8/30/2005 | 9/29/2006 |
| 5000146863 | 8/30/2005 | 9/29/2006 |
| 5000160320 | 8/30/2005 | 9/29/2006 |
| 6000164577 | 8/30/2005 | 9/29/2006 |
| 5000158262 | 8/30/2005 | 9/29/2006 |
| 5000153307 | 8/30/2005 | 9/29/2006 |
| 8000052419 | 8/30/2005 | 9/29/2006 |
| 8000045413 | 8/30/2005 | 9/29/2006 |
| 7000152594 | 8/30/2005 | 9/29/2006 |
| 7000152210 | 8/30/2005 | 9/29/2006 |
| 1000237881 | 8/30/2005 | 9/29/2006 |
| 7000154271 | 8/30/2005 | 9/29/2006 |
| 5000156660 | 8/30/2005 | 9/29/2006 |
| 8000047486 | 8/30/2005 | 9/29/2006 |
| 1000243681 | 8/30/2005 | 9/29/2006 |
| 5000146017 | 8/30/2005 | 9/29/2006 |
| 8000050673 | 8/30/2005 | 9/29/2006 |
| 1000260032 | 8/30/2005 | 9/29/2006 |
| 1000255061 | 8/30/2005 | 9/29/2006 |
| 8000050325 | 8/30/2005 | 9/29/2006 |
| 8000049415 | 8/30/2005 | 9/29/2006 |
| 6000163618 | 8/30/2005 | 9/29/2006 |
| 1000254337 | 8/30/2005 | 9/29/2006 |
| 1000248336 | 8/30/2005 | 9/29/2006 |
| 8000040184 | 8/30/2005 | 9/29/2006 |
| 5000151806 | 8/30/2005 | 9/29/2006 |
| 5000155814 | 8/30/2005 | 9/29/2006 |
| 6000163504 | 8/30/2005 | 9/29/2006 |
| 8000050867 | 8/30/2005 | 9/29/2006 |

| Loan ID | Date Purchased | Notice Date |
|---|---|---|
| 5000154463 | 8/30/2005 | 9/29/2006 |
| 5000156591 | 8/30/2005 | 9/29/2006 |
| 5000157325 | 8/30/2005 | 9/29/2006 |
| 5000158791 | 8/30/2005 | 9/29/2006 |
| 6000166089 | 8/30/2005 | 9/29/2006 |
| 1000255516 | 8/30/2005 | 9/29/2006 |
| 6000164571 | 8/30/2005 | 9/29/2006 |
| 7000153386 | 8/30/2005 | 9/29/2006 |
| 5000158471 | 8/30/2005 | 9/29/2006 |
| 6000162877 | 8/30/2005 | 9/29/2006 |
| 5000160373 | 8/30/2005 | 9/29/2006 |
| 8000041790 | 8/30/2005 | 9/29/2006 |
| 6000162892 | 8/30/2005 | 9/29/2006 |
| 1000255754 | 8/30/2005 | 9/29/2006 |
| 5000158197 | 8/30/2005 | 9/29/2006 |
| 5000159762 | 8/30/2005 | 9/29/2006 |
| 5000158154 | 8/30/2005 | 9/29/2006 |
| 6000163206 | 8/30/2005 | 9/29/2006 |
| 6000164344 | 8/30/2005 | 10/2/2006 |
| 7000137450 | 8/30/2005 | 10/2/2006 |
| 5000157747 | 8/30/2005 | 10/2/2006 |
| 6000162548 | 8/30/2005 | 2/9/2007 |
| 5000152065 | 8/30/2005 | 9/29/2006 |
| 6000158692 | 8/30/2005 | 3/26/2007 |
| 8000052053 | 8/30/2005 | 3/26/2007 |
| 7000154438 | 8/30/2005 | 3/26/2007 |
| 5000160215 | 8/30/2005 | 3/26/2007 |
| 5000156357 | 8/30/2005 | 3/26/2007 |
| 8000053202 | 8/30/2005 | 3/26/2007 |
| 6000161319 | 8/30/2005 | 3/27/2007 |
| 6000164295 | 8/30/2005 | 3/27/2007 |
| 5000155673 | 8/30/2005 | 3/27/2007 |
| 5000145235 | 8/30/2005 | 3/27/2007 |
| 5000145893 | 8/30/2005 | 3/27/2007 |
| 6000162957 | 8/30/2005 | 3/27/2007 |
| 7000154524 | 8/30/2005 | 6/27/2007 |
| 6000160253 | 8/30/2005 | 6/27/2007 |
| 1000256179 | 8/30/2005 | 6/27/2007 |
| 7000153187 | 8/30/2005 | 6/27/2007 |
| 1000309387 | 12/21/2006 | 7/11/2007 |
| 1000312528 | 12/21/2006 | 7/11/2007 |
| 1000313325 | 12/21/2006 | 7/11/2007 |
| 1000314177 | 12/21/2006 | 7/11/2007 |
| 1000317302 | 12/21/2006 | 7/11/2007 |
| 1000321681 | 12/21/2006 | 7/11/2007 |
| 1000321863 | 12/28/2006 | 7/11/2007 |
| 1000322458 | 12/21/2006 | 7/11/2007 |
| 1000322667 | 12/21/2006 | 7/11/2007 |
| 1000323609 | 12/21/2006 | 7/11/2007 |
| 3000029991 | 12/21/2006 | 7/11/2007 |
| 3000086387 | 12/21/2006 | 7/11/2007 |

2

| Loan Id | Date Purchased | Notice Date |
|---|---|---|
| 3000097460 | 12/21/2006 | 7/11/2007 |
| 3000113745 | 12/21/2006 | 7/11/2007 |
| 3000129491 | 12/21/2006 | 7/11/2007 |
| 3000163256 | 12/21/2006 | 7/11/2007 |
| 3000172587 | 12/21/2006 | 7/11/2007 |
| 3000241773 | 12/21/2006 | 7/11/2007 |
| 3000245937 | 12/21/2006 | 7/11/2007 |
| 3000299000 | 12/28/2006 | 7/11/2007 |
| 3000378698 | 12/28/2006 | 7/11/2007 |
| 3200109589 | 12/28/2006 | 7/11/2007 |
| 5000186387 | 12/21/2006 | 7/11/2007 |
| 5000204288 | 12/21/2006 | 7/11/2007 |
| 5000205542 | 12/21/2006 | 7/11/2007 |
| 5000207324 | 12/21/2006 | 7/11/2007 |
| 5000209916 | 12/21/2006 | 7/11/2007 |
| 5000214136 | 12/21/2006 | 7/11/2007 |
| 5000215179 | 12/21/2006 | 7/11/2007 |
| 5000215751 | 12/21/2006 | 7/11/2007 |
| 5000216979 | 12/28/2006 | 7/11/2007 |
| 5000218691 | 12/21/2006 | 7/11/2007 |
| 5000218820 | 12/21/2006 | 7/11/2007 |
| 5000219163 | 12/21/2006 | 7/11/2007 |
| 5000219435 | 12/21/2006 | 7/11/2007 |
| 5000219872 | 12/28/2006 | 7/11/2007 |
| 5000222313 | 12/21/2006 | 7/11/2007 |
| 5000223531 | 12/28/2006 | 7/11/2007 |
| 6000210193 | 12/21/2006 | 7/11/2007 |
| 6000216594 | 12/21/2006 | 7/11/2007 |
| 6000222465 | 12/21/2006 | 7/11/2007 |
| 6000223718 | 12/21/2006 | 7/11/2007 |
| 6000227003 | 12/21/2006 | 7/11/2007 |
| 6000227328 | 12/21/2006 | 7/11/2007 |
| 6000228552 | 12/21/2006 | 7/11/2007 |
| 6000229819 | 12/21/2006 | 7/11/2007 |
| 6000230694 | 12/28/2006 | 7/11/2007 |
| 6000230862 | 12/21/2006 | 7/11/2007 |
| 6000231279 | 12/21/2006 | 7/11/2007 |
| 6000231288 | 12/21/2006 | 7/11/2007 |
| 6000231426 | 12/21/2006 | 7/11/2007 |
| 6000231471 | 12/21/2006 | 7/11/2007 |
| 6000231892 | 12/21/2006 | 7/11/2007 |
| 6000232295 | 12/21/2006 | 7/11/2007 |
| 6000232794 | 12/21/2006 | 7/11/2007 |
| 6000233255 | 12/21/2006 | 7/11/2007 |
| 6000236802 | 12/21/2006 | 7/11/2007 |
| 6000239872 | 12/28/2006 | 7/11/2007 |
| 6000241832 | 12/21/2006 | 7/11/2007 |
| 7000180696 | 12/28/2006 | 7/11/2007 |
| 7000191765 | 12/21/2006 | 7/11/2007 |
| 7000191988 | 12/21/2006 | 7/11/2007 |
| 7000192081 | 12/21/2006 | 7/11/2007 |

| Loan Id | Date Purchased | Notice Date |
|---|---|---|
| 7000192239 | 12/21/2006 | 7/11/2007 |
| 7000192285 | 12/21/2006 | 7/11/2007 |
| 7000193085 | 12/21/2006 | 7/11/2007 |
| 7000193597 | 12/21/2006 | 7/11/2007 |
| 7000194108 | 12/21/2006 | 7/11/2007 |
| 7000195019 | 12/21/2006 | 7/11/2007 |
| 7000195377 | 12/28/2006 | 7/11/2007 |
| 7000196081 | 12/21/2006 | 7/11/2007 |
| 7000199692 | 12/21/2006 | 7/11/2007 |
| 7000200233 | 12/21/2006 | 7/11/2007 |
| 7000200804 | 12/21/2006 | 7/11/2007 |
| 7000201048 | 12/21/2006 | 7/11/2007 |
| 7000201507 | 12/21/2006 | 7/11/2007 |
| 7000202447 | 12/21/2006 | 7/11/2007 |
| 7000202573 | 12/21/2006 | 7/11/2007 |
| 7000202617 | 12/21/2006 | 7/11/2007 |
| 7000202989 | 12/21/2006 | 7/11/2007 |
| 7000203942 | 12/21/2006 | 7/11/2007 |
| 7000204351 | 12/21/2006 | 7/11/2007 |
| 7000204596 | 12/21/2006 | 7/11/2007 |
| 7000205147 | 12/21/2006 | 7/11/2007 |
| 7000205477 | 12/28/2006 | 7/11/2007 |
| 7000206963 | 12/21/2006 | 7/11/2007 |
| 7000207289 | 12/21/2006 | 7/11/2007 |
| 7000208921 | 12/21/2006 | 7/11/2007 |
| 7000209634 | 12/21/2006 | 7/11/2007 |
| 8000078062 | 12/21/2006 | 7/11/2007 |
| 8000083095 | 12/21/2006 | 7/11/2007 |
| 8000089722 | 12/21/2006 | 7/11/2007 |
| 8000089899 | 12/21/2006 | 7/11/2007 |
| 8000092192 | 12/21/2006 | 7/11/2007 |
| 8000095369 | 12/21/2006 | 7/11/2007 |
| 8000095959 | 12/21/2006 | 7/11/2007 |
| 6000215372 | 12/21/2006 | 7/11/2007 |
| 6000230998 | 12/21/2006 | 7/11/2007 |
| 7000204325 | 12/21/2006 | 7/11/2007 |
| 6000159810 | 8/30/2005 | 7/13/2007 |
| 7000144087 | 8/30/2005 | 7/13/2007 |
| 5000158389 | 8/30/2005 | 7/13/2007 |
| 1000258160 | 8/30/2005 | 7/13/2007 |
| 7000154996 | 8/30/2005 | 7/13/2007 |
| 8000052401 | 8/30/2005 | 7/13/2007 |
| 7000152675 | 8/30/2005 | 7/13/2007 |
| 5000149715 | 8/30/2005 | 7/13/2007 |
| 6000150655 | 8/30/2005 | 7/13/2007 |
| 1000255140 | 8/30/2005 | 7/13/2007 |
| 1000254244 | 8/30/2005 | 7/13/2007 |
| 7000146712 | 8/30/2005 | 7/13/2007 |
| 5000161361 | 8/30/2005 | 7/13/2007 |
| 8000080909 | 12/21/2006 | 7/25/2007 |
| 8000050407 | 8/30/2005 | 7/31/2007 |

| Loan Number | Date Purchased | Notice Date |
|---|---|---|
| 6000162001 | 8/30/2005 | 7/31/2007 |
| 7000140383 | 8/30/2005 | 7/31/2007 |
| 1000254444 | 8/30/2005 | 7/31/2007 |
| 6000144486 | 5/27/2005 | 7/31/2007 |
| 1000238195 | 8/30/2005 | 7/31/2007 |
| 7000153439 | 8/30/2005 | 7/31/2007 |
| 1000255186 | 8/30/2005 | 7/31/2007 |
| 7000153186 | 8/30/2005 | 7/31/2007 |
| 7000151139 | 8/30/2005 | 7/31/2007 |
| 1000259559 | 8/30/2005 | 7/31/2007 |
| 1000251731 | 8/30/2005 | 7/31/2007 |
| 7000150485 | 8/30/2005 | 7/31/2007 |
| 5000159757 | 8/30/2005 | 7/31/2007 |
| 1000321738 | 12/21/2006 | 8/3/2007 |
| 5000224051 | 12/21/2006 | 8/3/2007 |
| 6000203167 | 12/21/2006 | 8/3/2007 |
| 6000214372 | 12/21/2006 | 8/3/2007 |
| 6000238910 | 12/21/2006 | 8/3/2007 |
| 7000201287 | 12/21/2006 | 8/3/2007 |
| 7000211165 | 12/21/2006 | 8/3/2007 |
| 1000313327 | 12/21/2006 | 7/11/2007 |
| 1000323317 | 12/21/2006 | 7/11/2007 |
| 3000180565 | 12/21/2006 | 7/11/2007 |
| 3000227515 | 12/21/2006 | 7/11/2007 |
| 3000249646 | 12/21/2006 | 7/11/2007 |
| 5000204160 | 12/21/2006 | 7/11/2007 |
| 5000223425 | 12/21/2006 | 7/11/2007 |