UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, AS SUCCESSOR-IN-INTEREST TO MORGAN STANLEY MORTGAGE CAPITAL INC.,

    Plaintiff,

v.

FREMONT INVESTMENT & LOAN,

    Defendant.

Index No.: 07 CIV 9457 (RJH)(AJP)

AFFIDAVIT OF PERSONAL SERVICE

---

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

TONY PINEIRO, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York.

On October 24, 2007, at approximately 4 p.m., I personally served the within SUMMONS AND COMPLAINT upon defendant by personally delivering a true and correct copy thereof at the address set forth below to a person authorized by law to accept service on behalf of defendant Fremont Investment & Loan by leaving with CT Corporation System, its registered agent for service.

    FREMONT INVESTMENT & LOAN
    c/o CT Corporation System
    111 Eighth Avenue, 13th Floor
    New York, NY 10011

                                                _/s/ Tony Pineiro_
                                                  TONY PINEIRO

Sworn to before me this
25th day of October, 2007

_/s/ Christy Schaeffer_
Notary Public
NY 238570038v1 10/25/2007

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010