```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07
```

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC, AS
SUCCESSOR-IN-INTEREST TO MORGAN
STANLEY MORTGAGE CAPITAL, INC.,

                    Plaintiff,                    07 CIV 9457 (RSH)

v.

FREMONT INVESTMENT & LOAN

                    Defendant.

### STIPULATION ENLARGING TIME

Subject to the approval of the Court, the parties hereby stipulate and agree that Defendant

Fremont Investment & Loan may have up to and including December 13, 2007 to file such other

pleadings, motions, or objections as Defendant, may, by its counsel, be advised.

*Any motion shall be made in conformity
with the Court's Individual Practices*

SO ORDERED:

_____
UNITED STATES DISTRICT COURT
11/20/07



NOV 19 2007

452679

Dated: New York, New York
November 19, 2007

*Bryan Lane Berson*

Bryan Lane Berson
PATTON BOGGS LLP
1675 Broadway at 52nd Street
31st Floor
New York, New York 10019-5820
646.557.5108
646.557.5101 (Fax)

Of counsel:

Talcott J. Franklin
Nicola M. Shiels
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
214.758.1500
214.758.1550 (Fax)

COUNSEL FOR DEFENDANT

Richard A. Edlin (RE-1998)
Ann C. Turetsky (AT-1997)
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166
212.801.9200
212.801.6400 (Fax)

COUNSEL FOR PLAINTIFF

452679