AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07 Civ. 9457 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fremont Investment & Loan

I certify that I am admitted to practice in this court.

| 12/13/2007 | *Bryan Lane Berson* (signature) |
|---|---|
| Date | Signature |

| Bryan Lane Berson | BB3271 |
|---|---|
| Print Name | Bar Number |

Patton Boggs LLP, 1675 Broadway
Address

| New York | NY | 10019 |
|---|---|---|
| City | State | Zip Code |

| (646) 557-5108 | (646) 557-5101 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses for the following:

Richard A. Edlin
Ann C. Turetsky
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10069
(212) 801-9200
*Attorneys for Plaintiff Morgan Stanley*
*Mortgage Capital Holdings LLC*

_____
Bryan L. Berson