UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, AS SUCCESSOR-IN-INTEREST TO MORGAN STANLEY MORTGAGE CAPITAL INC.,<br><br>Plaintiff,<br><br>v.<br><br><br>FREMONT INVESTMENT & LOAN,<br><br>Defendant. | 07 cv 9457 (RJH)<br><br>ECF CASE<br><br>**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF FREMONT INVESTMENT & LOAN** |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fremont Investment & Loan (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Fremont Investment & Loan is a wholly owned subsidiary of Fremont General Credit Corporation which is a wholly owned subsidiary of Fremont General Corporation.

DATED this 13th day of December, 2007.

                                        Respectfully submitted,

                                        _/s/ Bryan L. Berson_
                                        Bryan L. Berson (BB3271)
                                        PATTON BOGGS LP
                                        1675 Broadway
                                        31st Floor
                                        New York, New York 10019
                                        646-557-5108

456147

Talcott J. Franklin
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
214-758-1500

Bizunesh K. Scott
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
202-457-6000
*Attorneys for Defendant
Fremont Investment & Loan*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses for the following:

Richard A. Edlin
Ann C. Turetsky
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10069
(212) 801-9200
*Attorneys for Plaintiff Morgan Stanley
Mortgage Capital Holdings LLC*

/s/ Bryan L. Berson

456147