```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 11/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC, AS
SUCCESSOR-IN-INTEREST TO MORGAN
STANLEY MORTGAGE CAPITAL, INC.,

                Plaintiff,         07 CIV 9457 (RJH)

v.

FREMONT INVESTMENT & LOAN

                Defendant.

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Bryan Lane Berson, attorney for Defendant and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Talcott J. Franklin |
| Firm: | Patton Boggs LLP |
| Address: | 2001 Ross Avenue, Suite 3000 |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone Number: | (214) 758-1500 |
| Fax Number: | (214) 758-1550 |

| | |
|---|---|
| Applicant's Name: | Bizunesh K. Scott |
| Firm: | Patton Boggs LLP |
| Address: | 2550 M Street, N.W. |
| City/State/Zip: | Washington, DC 20037 |
| Phone Number: | (202) 457-6000 |
| Fax Number: | (202) 457-6315 |

are admitted to practice pro hace vice as counsel for Fremont Investment and Loan in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

454822

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: December 22, 2007
      New York, New York

                                                        United States District/Magistrate Judge

454822