COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC, AS
SUCCESSOR-IN-INTEREST TO MORGAN
STANLEY MORTGAGE CAPITAL INC.,

          Plaintiff,

          v.

FREMONT INVESTMENT & LOAN,

          Defendant.

07 Civ. 09457 (RJH)

ECF CASE

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

### STIPULATION FOR EXCHANGE OF RULE 26(a)(1) DISCLOSURES

Subject to the approval of the Court, the parties hereby stipulate and agree that Plaintiff, Morgan Stanley Mortgage Capital Holdings LLC, and Defendant, Fremont Investment & Loan, may have up to and including January 28, 2008 to exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

Dated: December 19, 2007

Respectfully submitted,

_____
Richard A. Edlin
Ann C. Turetsky
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiff Morgan Stanley Mortgage Capital Holdings LLC*

238614548

*[signature]*
Bryan L. Berson
PATTON BOGGS LP
1675 Broadway
31st Floor
New York, New York 10019
(646) 557-5108

Talcott J. Franklin
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
(214) 758-1500

Bizunesh K. Scott
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6078
*Attorneys for Defendant*
*Fremont Investment & Loan*

**SO ORDERED**

Dated:   New York, New York
         December 28, 2007

*[signature]*
Richard J. Holwell
United States District Judge

238614548