UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC, AS
SUCCESSOR-IN-INTEREST TO MORGAN
STANLEY MORTGAGE CAPITAL INC.,

          Plaintiff,

v.

FREMONT INVESTMENT & LOAN,

          Defendant.

07 Civ. 09457 (RJH) (AJP)

ECF CASE

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

### STIPULATION IN RESPONSE TO ENDORSED LETTER ENTERED JANUARY 8, 2008

Subject to the approval of the Court, the parties hereby stipulate and agree to the following schedule:

1) Plaintiff, Morgan Stanley Mortgage Capital Holdings LLC, may file an amended complaint within sixty (60) days of the date of this stipulation;

2) Defendant, Fremont Investment & Loan, shall have twenty (20) days after service of the amended pleading to respond;

3) The parties shall exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) within twenty (20) days after service of Defendant's response to the amended pleading; and

4) The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no

238641306

later than four (4) days from the date Initial Disclosures are exchanged.

Dated: January 22, 2008

Respectfully submitted,

Richard A. Edlin
Ann C. Turetsky
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiff Morgan Stanley Mortgage Capital Holdings LLC*

Bryan L. Berson
PATTON BOGGS LP
1675 Broadway
31st Floor
New York, New York 10019
(646) 557-5108

Talcott J. Franklin
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
(214) 758-1500

Bizunesh K. Scott
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6078
*Attorneys for Defendant Fremont Investment & Loan*

**SO ORDERED**

Dated: New York, New York
January 22, 2008

Richard J. Holwell
United States District Judge

Cont for 03/14/08 Canceled
New PTC set for 6/6/08 at 10:00 am

238641306