AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07 Civ. 09457 (RJH) (AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Fremont Investment & Loan, in place of and instead of Bryan Berson who is no longer associated with Patton Boggs LLP

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/21/2008 | *(signature)* |
| Date | Signature |
| | Philip M. Smith     (PS 8132) |
| | Print Name     Bar Number |
| | Patton Boggs, LLP, 1185 Avenue of the Americas, 30th Fl. |
| | Address |
| | New York     NY     10036 |
| | City     State     Zip Code |
| | (646) 557-5145     (646) 557-5101 |
| | Phone Number     Fax Number |