

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC, AS
SUCCESSOR-IN-INTEREST TO MORGAN
STANLEY MORTGAGE CAPITAL INC.,

                Plaintiff,

    v.

FREMONT INVESTMENT & LOAN,

                Defendant.

07 Civ. 09457 (RJH) (AJP)

ECF CASE

**STIPULATION**



## STIPULATION FOR DEADLINE TO FILE AMENDED COMPLAINT

Subject to the approval of the Court, the parties hereby stipulate and agree that Plaintiff, Morgan Stanley Mortgage Capital Holdings LLC, may file an amended complaint on or before April 21, 2008.

Pursuant to the parties' Stipulation In Response To Endorsed Letter Entered January 8, 2008, the amended complaint was to be filed on or before March 24, 2008. The parties have previously stipulated to the following adjournments or extensions: 1) an adjournment of Defendant's pre-motion hearing conference, which was granted, and 2) a request for an extension of time for Defendant to answer or otherwise respond to Plaintiff's complaint, which

was also granted. No other previously scheduled dates will be affected by this extension.

Dated: March 20, 2008

Respectfully submitted,

Richard A. Edlin
Ann C. Turetsky
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiff Morgan Stanley Mortgage Capital Holdings LLC*

Bryan L. Berson
PATTON BOGGS LP
1675 Broadway
31st Floor
New York, New York 10019
(646) 557-5108

Talcott J. Franklin
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
(214) 758-1500

Bizunesh K. Scott
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6078
*Attorneys for Defendant
Fremont Investment & Loan*

**SO ORDERED**

Dated: New York, New York
       March 28, 2008

Richard J. Holwell
United States District Judge