**COURTESY COPY**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, AS SUCCESSOR-IN-INTEREST TO MORGAN STANLEY MORTGAGE CAPITAL INC., <br><br> Plaintiff, <br><br> v. <br><br> FREMONT INVESTMENT & LOAN, <br><br> Defendant. | 07-CV-9457 (RJH) (AJP) <br><br> **ECF CASE** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 4/28/08 |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Morgan Stanley Mortgage Capital Holdings LLC ("Plaintiff"), as successor-in-interest to Morgan Stanley Mortgage Capital Inc. ("MSMCI"), hereby dismisses the above-captioned action and all claims asserted therein against the defendant, Fremont Investment & Loan, without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: New York, New York
April 21, 2008

GREENBERG TRAURIG LLP

By: _____
Richard A. Edlin (RE-1998)
Ann C. Turetsky (AT-1997)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Plaintiff*


RECEIVED APR 22 2008 CHAMBERS OF RICHARD J. HOLWELL

SO ORDERED
[signature] USDJ 4/25/08
The Clerk is requested to close this case.